David LOVE, Petitioner—Appellant,

v.

Todd W. PINION, Respondent—
Appellee.

No. 05–7682.

United States Court of Appeals,
Fourth Circuit.

Submitted March 30, 2006.

Decided April 7, 2006.

David Love, Appellant Pro Se.

Before TRAXLER, GREGORY, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

David Love seeks to appeal the district
court's order denying relief on his petition
filed under 28 U.S.C. § 2254 (2000). The
order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2000).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that the district
court's assessment of his constitutional
claims is debatable and that any disposi-
tive procedural rulings by the district
court are also debatable or wrong. See
Miller-El v. Cockrell, 537 U.S. 322, 336,
123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
Slack v. McDaniel, 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); Rose
v. Lee, 252 F.3d 676, 683 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Love has not made
the requisite showing. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal. Love's motion to submit
evidence is denied. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

DISMISSED